IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**JOHN D. FOLEY**  **PLAINTIFF**
**ADC #089860**

V.  NO. 4:21-CV-00716-BRW

**JOHN FELTS,** *et al*.  **DEFENDANTS**

## JUDGMENT

Based on the order entered today, this case is DISMISSED without prejudice.

IT IS SO ORDERED this 11th day of August, 2021

Billy Roy Wilson
UNITED STATES DISTRICT JUDGE